IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>FIRST FLIGHT LIMITED PARTNERSHIP<br><br>Debtor | Case No. 17-18645-TJC<br>Chapter 11 |

### DEBTOR'S APPLICATION TO EMPLOY MORGAN W. FISHER AND THE LAW OFFICES OF MORGAN FISHER LLC AS BANKRUPTCY COUNSEL

First Flight Limited Partnership, the above-captioned debtor and debtor-in possession (the "Debtor"), hereby submits this application to employ Morgan W. Fisher and the Law Offices of Morgan Fisher LLC ("LOMF") as bankruptcy counsel in this case (the "Application") and, in support thereof, respectfully states as follows:

#### JURISDICTION

1. The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

#### BACKGROUND

2. On June 25, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code") initiating this chapter 11 case. The Debtor will manage its property and financial affairs as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner and no official committee of creditors has been appointed in this case.

RETENTION OF LOMF

3. By this Application, the Debtor seeks to employ LOMF as bankruptcy counsel in this case. Accordingly, the Debtor respectfully requests entry of an order pursuant to § 327(a) of the Bankruptcy Code authorizing the employment of LOMF as debtor's counsel to perform the legal services that will be required during this case, *nunc pro tunc*, to the Petition Date.

4. The Debtor seeks to retain LOMF as bankruptcy counsel because of LOMF's knowledge and experience in the field of bankruptcy law. LOMF spent considerable time to become familiar with the Debtor's current financial problems. For these reasons, the Debtor believes that LOMF is well qualified to represent him in this case.

5. The employment of bankruptcy counsel is appropriate and necessary to enable the Debtor to execute its duties as debtor and debtor-in-possession, and to implement the restructuring and reorganization. Subject to Court approval, the professional services that LOMF will render to the Debtor may include, but shall not be limited to, the following:

> (a) advise the Debtor with respect to its powers and duties as debtor-in possession and in management of any the property;
> (b) attend meetings and negotiate with representatives of creditors and other parties-in-interest;
> (c) take all necessary actions to protect and preserve the Debtor's estate, including the prosecution of actions on the Debtor's behalf, the defense of any actions commenced against the Debtor, negotiations concerning litigation in which the Debtor is involved, and objections to claims filed against the Debtor's estate;
> (d) assist the Debtor in connection with preparing necessary motions, answers, applications, orders, reports, or other legal papers necessary to the administration of the estate, and to appear in Court on behalf of the Debtor in proceedings related thereto;
> (e) assist the Debtor in the preparation of a chapter 11 plan and disclosure statement, and in any and all other matters and proceedings in connection therewith, including attending court hearings;
> (f) represent the Debtor in matters which may arise in connection with its financial and legal affairs, dealings with creditors and other parties-in-

interest, sales and other transactional matters, litigation matters and in any other matters which may arise during this case; and

(g) perform all other necessary legal services in connection with the prosecution of this case.

6. To the best of the Debtor's knowledge, and as set forth in the verified statement of Morgan W. Fisher, attached hereto as Exh. "A" (the "Fisher Declaration"), LOMF has no connections with, or interests adverse to, the Debtor, creditors, or any other party in interest (other than disclosed in the Fisher Declaration), or respective attorneys or accountants, the United States Trustee or any person employed in the office of the United States Trustee, in any matter relating to the Debtor or the estate other than disclosed.

7. As reflected in the Fisher Declaration, the Debtor believes LOMF to be a "disinterested person" as defined in § 101(14) of the Bankruptcy Code.

8. The Debtor, subject to the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the local rules of this Court (the "Local Bankruptcy Rules"), proposes to pay LOMF its customary hourly rates for services rendered, as those rates may be adjusted from time to time, and to reimburse LOMF for its reasonable, necessary out-of-pocket expenses.

## LOMF HOURLY RATES

9. LOMF's hourly rates for this bankruptcy case are as follows:

A) Morgan Fisher, Esq. —$350/hour for all time entries (14 years since first admitted to California bar).

B) Paraprofessional time is billed at a rate of $150/hour.

10. The Debtor acknowledges and understands that LOMF intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the

applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules for services performed and expenses incurred subsequent to the filing of this case.

NOTICE

11. Notice of this application has been given to the following parties or to their counsel, if known: (i) the Office of the United States Trustee, (ii) the Debtor, and (iii) all creditors. The Debtor submits that no other or further notice need be given.

STATEMENT PURSUANT TO LOCAL RULE 9013-2

13. Pursuant to Rule 9013-2 of the Local Rules, the Debtor states that, in lieu of submitting a memorandum in support of this Application, it will rely solely upon the grounds and authorities set forth herein.

WHEREFORE, the Debtor, First Flight Limited Partnership, respectfully requests that the Court enter an order (i) authorizing LOMF as bankruptcy counsel and (ii) granting such other and further relief as may be just.

Respectfully submitted.

*/s/ Morgan W. Fisher*
Morgan W. Fisher #28711

LAW OFFICES OF MORGAN FISHER, LLC
1125 West St., Suite 227
Annapolis, MD 21401
410-626-6111
mwf@MorganFisherLaw.com
*Proposed counsel to the Debtor*

JUNE 26, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2017, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the forgoing Application, Exhibit and Proposed Order will be served electronically by the Court's CM/ECF system on the following:

Lynn A. Kohen: lynn.a.kohen@usdoj.gov

US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV

I hereby further certify that on June 26, 2017 a copy of the foregoing Application, Exhibit and Proposed Order was also mailed first class mail, postage prepaid to all creditors and the debtor on the attached mailing matrix which includes the 20 largest unsecured creditors.

Respectfully submitted,

Dated:  June 26, 2017

*/s/ Morgan W. Fisher*
Morgan W. Fisher #28711

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 17-18645<br>District of Maryland<br>Greenbelt<br>Mon Jun 26 10:12:26 EDT 2017 | Alliance Technology Group, LLC<br>Attn: Hugh V. Hayes<br>7010  Hi Tech Dr.<br>Hanover, MD 21076-1008 | Allred Bacon Halfhill & Young<br>11350 Random Hills Rd<br>Fairfax, VA 22030-6044 |
| American Express<br>Po Box 1270<br>Newark, NJ 07101-1270 | B.P. Lesky Distributing Co<br>120 Western Maryland Pkwy<br>Hagerstown, MD 21740-5116 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | City of Hagerstown<br>City of Hagerstown, City Hall<br>1 E Franklin St<br>Hagerstown, MD 21740-4978 | Clever Carpet Cleaners<br>7106 Barrett Ct<br>Sharpsburg, MD 21782-1034 |
| Comptroller of Maryland<br>Revenue Administration<br>110 Carroll Street<br>Annapolis, MD 21411-1000 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | D.M. Bowman, Inc.<br>10226 Governor Lane Blvd # 400<br>Williamsport, MD 21795-4093 |
| Diamond Electric Underground Repair, Inc.<br>BOX 83B RED HILL ROAD<br>Keedysville, MD 21756 | First Flight Limited Partnership<br>18450 Showalter Rd.<br>Hagerstown, MD 21742-1383 | Morgan William Fisher<br>Law Offices of Morgan Fisher LLC<br>1125 West St., Suite 227<br>Annapolis, MD 21401-3607 |
| Gebhardt & Smith LLP<br>ATTN: Michael G. Gallerizzo, Esq.<br>1 South St Ste 2200<br>Baltimore, MD 21202-3281 | Heller's Gas<br>16827 National Pike<br>Hagerstown, MD 21740-2162 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Lynn A. Kohen<br>U.S. Trustee Office<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 |
| Marble Mountain LLC<br>4080 Lafayette Center Dr Ste 360<br>Chantilly, VA 20151-1252 | Miller's Supplies at Work<br>8600 Cinder Bed Rd<br>Lorton, VA 22079-1470 | Offit<br> Kurman<br>8000 Towers Crescent Dr Suite 1500<br>Vienna, VA 22182-6216 |
| Ongoing Operations, LLC<br>18450 Showalter Rd  #113<br>Hagerstown, MD 21742-1383 | Peterson, Barrie<br>57 Isla Bahia Dr<br>Ft Lauderdale, FL 33316-2329 | Peterson, Barrie<br>57 Isla Bahia Dr.<br>Fort Lauderdale , FL 33316-2329 |
| Potomac Edison<br>10802 Bower Ave<br>Williamsport, MD 21795-3016 | Secretary of the Treasury<br>15th and Pennsylvania Ave., N.W.<br>Washington, DC 20220-0001 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 |

| | | |
|---|---|---|
| Stinson Leonard Street LLP<br>1775 Pennsylvania Ave Nw Ste 800<br>Washington, DC 20006-4760 | Tax. Auth. of Wash. County, MD<br>Treasurers Office<br>35 West Washington Street, Room 102<br>Hagerstown, MD 21740-4844 | The Hartford Financial Services Group, Inc.<br>690 Asylum Ave<br>Hartford, CT 06155-0002 |
| U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201-3119 | U.S. Lawns<br>9446 Earley Dr<br>Hagerstown, MD 21740-2066 | US Trustee - Greenbelt<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 |
| WashingtonFirst Bank<br>11921 Freeedom Dr. Suite 250<br>Reston, VA 20190-5676 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 | M&T Bank<br>M&T Bank Legal Document Processing<br>Po Box 844<br>Buffalo, NY 14240-0844 |

End of Label Matrix  
Mailable recipients    36  
Bypassed recipients     0  
Total                  36