IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>FIRST FLIGHT LIMITED PARTNERSHIP<br><br>Debtor | Case No. 17-18645-TJC<br>Chapter 11 |

NOTICE OF RESCHEDULED
SECTION 341 MEETING OF CREDITORS

**PLEASE TAKE NOTICE**, the Section 341 meeting of creditors has been rescheduled in this case to August 7, 2017, at 11:00 a.m. at the Office of the United States Trustee, 341 meeting rooms, located at 6305 Ivy Lane, Sixth Floor, Greenbelt, MD 20770.

Dated: June 26, 2017

/s/ *Morgan W. Fisher*
Morgan W. Fisher 28711
Law Offices of Morgan Fisher, LLC
1125 West Street #227
Annapolis, MD 21041
Proposed Counsel for the Debtor
First Flight Limited Partnership

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2017, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the forgoing Application, Exhibit and Proposed Order will be served electronically by the Court's CM/ECF system on the following:

    Lynn A. Kohen: lynn.a.kohen@usdoj.gov
    US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV

I hereby further certify that on June 26, 2017 a copy of the foregoing Application, Exhibit and Proposed Order was also mailed first class mail, postage prepaid to all creditors and the debtor on the attached mailing matrix which includes the 20 largest unsecured creditors.

Dated:   June 26, 2017                                                      */s/ Morgan W. Fisher*
                                                                                             Morgan W. Fisher #28711

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 17-18645<br>District of Maryland<br>Greenbelt<br>Mon Jun 26 10:12:26 EDT 2017 | Alliance Technology Group, LLC<br>Attn: Hugh V. Hayes<br>7010  Hi Tech Dr.<br>Hanover, MD 21076-1008 | Allred Bacon Halfhill & Young<br>11350 Random Hills Rd<br>Fairfax, VA 22030-6044 |
| American Express<br>Po Box 1270<br>Newark, NJ 07101-1270 | B.P. Lesky Distributing Co<br>120 Western Maryland Pkwy<br>Hagerstown, MD 21740-5116 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | City of Hagerstown<br>City of Hagerstown, City Hall<br>1 E Franklin St<br>Hagerstown, MD 21740-4978 | Clever Carpet Cleaners<br>7106 Barrett Ct<br>Sharpsburg, MD 21782-1034 |
| Comptroller of Maryland<br>Revenue Administration<br>110 Carroll Street<br>Annapolis, MD 21411-1000 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | D.M. Bowman, Inc.<br>10226 Governor Lane Blvd # 400<br>Williamsport, MD 21795-4093 |
| Diamond Electric Underground Repair, Inc.<br>BOX 83B RED HILL ROAD<br>Keedysville, MD 21756 | First Flight Limited Partnership<br>18450 Showalter Rd.<br>Hagerstown, MD 21742-1383 | Morgan William Fisher<br>Law Offices of Morgan Fisher LLC<br>1125 West St., Suite 227<br>Annapolis, MD 21401-3607 |
| Gebhardt & Smith LLP<br>ATTN: Michael G. Gallerizzo, Esq.<br>1 South St Ste 2200<br>Baltimore, MD 21202-3281 | Heller's Gas<br>16827 National Pike<br>Hagerstown, MD 21740-2162 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Lynn A. Kohen<br>U.S. Trustee Office<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 |
| Marble Mountain LLC<br>4080 Lafayette Center Dr Ste 360<br>Chantilly, VA 20151-1252 | Miller's Supplies at Work<br>8600 Cinder Bed Rd<br>Lorton, VA 22079-1470 | Offit<br> Kurman<br>8000 Towers Crescent Dr Suite 1500<br>Vienna, VA 22182-6216 |
| Ongoing Operations, LLC<br>18450 Showalter Rd  #113<br>Hagerstown, MD 21742-1383 | Peterson, Barrie<br>57 Isla Bahia Dr<br>Ft Lauderdale, FL 33316-2329 | Peterson, Barrie<br>57 Isla Bahia Dr.<br>Fort Lauderdale , FL 33316-2329 |
| Potomac Edison<br>10802 Bower Ave<br>Williamsport, MD 21795-3016 | Secretary of the Treasury<br>15th and Pennsylvania Ave., N.W.<br>Washington, DC 20220-0001 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 |

| | | |
|---|---|---|
| Stinson Leonard Street LLP<br>1775 Pennsylvania Ave Nw Ste 800<br>Washington, DC 20006-4760 | Tax. Auth. of Wash. County, MD<br>Treasurers Office<br>35 West Washington Street, Room 102<br>Hagerstown, MD 21740-4844 | The Hartford Financial Services Group, Inc.<br>690 Asylum Ave<br>Hartford, CT 06155-0002 |
| U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201-3119 | U.S. Lawns<br>9446 Earley Dr<br>Hagerstown, MD 21740-2066 | US Trustee - Greenbelt<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 |
| WashingtonFirst Bank<br>11921 Freeedom Dr. Suite 250<br>Reston, VA 20190-5676 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 | M&T Bank<br>M&T Bank Legal Document Processing<br>Po Box 844<br>Buffalo, NY 14240-0844 |

End of Label Matrix  
Mailable recipients    36  
Bypassed recipients     0  
Total                  36